Horace W. MUSGROVE and Lois J. Musgrove, Plaintiffs-Appellants,

v.

UNITED STATES of America, Defendant-Appellee.

No. 71–2662

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

Dec. 23, 1971.

Before THORNBERRY, MORGAN and CLARK, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1,2]

Olius McCRORY, Jr., Petitioner-Appellant,

v.

Thomas D. COOK, Superintendent, Mississippi State Penitentiary, Respondent-Appellee.

No. 71–2863

Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Feb. 23, 1972.

Before THORNBERRY, MORGAN and CLARK, Circuit Judges.

PER CURIAM:

The denial of appellant's petition for writ of habeas corpus is affirmed for the reasons stated in the district court's memorandum of decision, 329 F.Supp. 83 (1971). Cf. Murray v. Wainwright, 450 F.2d 465 (5th Cir. 1971).

v.

years 1961, 1962, and 1963, with intent to evade tax. Our review of the record assures us that this contention is without merit, and we affirm the judgment of the district court.

---

* Rule 18, 5th Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York, 431 F.2d 409, Part I (5th Cir. 1970).

1. See NLRB v. Amalgamated Clothing Workers of America, 430 F.2d 966 (5th Cir. 1970).

2. Appellants contend that the government introduced insufficient evidence in the proceedings below to sustain the jury's finding that appellants had filed fraudulent income tax returns for calendar

** Rule 18, 5th Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of N. Y., 431 F.2d 409, Part I (5th Cir. 1970).